Demostenes **ARROCHA**

v.

**E. A. SALYER.**

No. 6938.

United States Court of Appeals
Tenth Circuit.

March 5, 1962.

Elwyn L. Cady, Jr., Kansas City, Mo., and Robert G. Knapp, Mission, Kan., for appellant.

Williamson, Cubbison & Vaughan, Kansas City, Kan., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Order entered March 5, 1962, setting aside order of the district court of November 28, 1961, and remanding the cause for determination required by 28 U.S.C. § 1915(a) as to whether the appeal is taken in good faith.

**BAKERY AND CONFECTIONERY WORKERS INTERNATIONAL UNION OF AMERICA, LOCAL NO. 351,**

v.

Joseph Alton **JENKINS,** as Director, Twenty-Eighth Region, National Labor Relations Board.

No. 6930.

United States Court of Appeals
Tenth Circuit.

Feb. 28, 1962.

Ben F. Roybal, Albuquerque, N. M., for appellant.

Marcel Mallet-Prevost, Asst. General Counsel, James C. Paras and Herman M. Levy, National Labor Relations Board, Washington, D. C., and John Quinn, U. S. Atty., Albuquerque, N. M., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed February 23, 1962, on motion of appellant.

**CLARKE AND WINSLOW,** a partnership, et al.

v.

**UNITED STATES of America for the Use of the REYNOLDS ELECTRICAL AND ENGINEERING COMPANY, Inc.,** a Texas corporation.

No. 6905.

United States Court of Appeals
Tenth Circuit.

Feb. 28, 1962.

Gould & Moch, Denver, Colo., for appellants.

Laurence W. DeMuth, Jr., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed February 28, 1962, pursuant to stipulation.